**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6075**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DENNIS WILLIAM BROWN,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:17-cr-00297-RJC-DCK-1)

---

Submitted:  July 25, 2023                                    Decided:  July 28, 2023

---

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dennis William Brown, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis William Brown appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record, we conclude that the district court did not abuse its discretion in ruling that Brown failed to show extraordinary and compelling reasons for release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. We also deny all of Brown's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*